**In the Matter of James H. LOVE.**

Supreme Court of Pennsylvania.

April 20, 1998.

### ORDER

PER CURIAM:

AND NOW, this 20th day of April, 1998, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated March 18, 1998, are approved and IT IS ORDERED that JAMES H. LOVE, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation of the Petition for Reinstatement shall be paid by the Petitioner.

**George LUCEY**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (VY–CAL PLASTICS & PMA Group).**

**Petition of VY–CAL PLASTICS.**

**VY–CAL PLASTICS CORPORATION, Petitioner,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (LUCEY), Respondent.**

Supreme Court of Pennsylvania.

April 21, 1998.

Patricia A. Mattern, Philadelphia, John P. Myers, Vicksburg, MS, for petitioner.

### ORDER

PER CURIAM:

AND NOW this 21st day of April, 1998, the Petition for Allowance of Appeal is GRANTED, but LIMITED to the following issue:

Whether the Commonwealth Court erred in reversing the Board and WCJ's conclusion that petitioner was entitled to a $30,-000 credit because of the negotiated settlement between respondent and a hospital over the payment of his medical expenses.

It is further ordered that petitioner's Petitioner for Supersedeas is DENIED.